# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                           Chapter 13

                                           Bankruptcy No. 18-13052-MDC

FRANCIS RAYNER
TERRI RAYNER
136 WILLOWBROOK ROAD

CLIFTON HEIGHTS, PA 19018-

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    FRANCIS RAYNER
    TERRI RAYNER
    136 WILLOWBROOK ROAD

    CLIFTON HEIGHTS, PA 19018-

Counsel for debtor(s), by electronic notice only.

    MICHAEL T. MALARICK
    MICHAEL T. MALARICK ESQ PC
    2211 CHICHESTER AVE   STE 201-B
    BOOTHWYN, PA 19061-

                                                                 /S/ William C. Miller

Date: 7/12/2018                                           _____

                                                                William C. Miller, Esquire
                                                               Chapter 13 Standing Trustee