UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    : Case No: 18 - 13052

Francis Rayner and                                                           :
Terri Rayner,
        Debtors                                                                :

DEBTOR'S NOTICE/PRAECIPE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7 PURSUANT TO 11 U.S.C. 1307(a)

PLEASE take notice that Debtor converts this Chapter 13 Case to a Case under Chapter 7 on the following grounds:

1. A voluntary petition under chapter 13 was filed on October 18, 2016.

2. The name of the Chapter 13 trustee is William C. Miller.

3. The additional filing fee is/will be paid with the filing of this notice/praecipe.

4. This notice of conversion is filed in good faith, and Debtor is eligible for relief under chapter 7.

Date: August 4, 2018                                       Respectfully submitted

                                                                          Michael T. Malarick, Esquire
                                                                          Attorney for Debtor