UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

aIN RE:

FRANCIS RAYNER and                               :
TERRI RAYNER                                     :   Case No: 18 - 13052
      Debtors,                              :

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DEADLINE

Debtors, Francis Rayner and Terri Rayner, have filed a Motion for Authorization to Modify Residential Mortgage with the court for authority to modify their residential mortgage.

1. YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. If you do not want the Court to grant the relief sought in this Motion, or if you want the Court to consider your views on the Motion, then on or before 08/23/2018, you or your attorney must file a response to this Motion.

3. A HEARING ON THE MOTION is scheduled to be held on 09/04/2018 at 11:00am in Courtroom #2 at U.S. BANKRUPTCY COURT, PHILADELPHIA 900 MARKET ST. Unless the court orders otherwise, the hearing on this contested matter will be an EVIDENTIARY HEARING.

4. IF YOU DO NOT FILE A RESPONSE TO THE MOTION, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

FILING INSTRUCTIONS

7. IF YOU ARE REQUIRED TO FILE DOCUMENTS ELECTRONICALLY BY LOCAL BANKRUPTCY RULE 5005-1, you must file your response electronically.

8. IF YOU ARE NOT REQUIRED TO FILE ELECTRONICALLY, you must file your response at

   U.S. Bankruptcy Court

   900 Market St., Suite 400

   Philadelphia, PA 19107

9. IF YOU MAIL YOUR RESPONSE to the bankruptcy clerk's office for filing, you must mail it early enough so that it will b received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Michael T. Malarick, Esquire
    2211 Chichester Avenue, Suite 201-B
    Boothwyn, PA 19061
    T. (610) 715-9960
    F. (610) 561-5967
    E. michael@malaricklaw.com

Dated: 08/09/2018