United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-13052-mdc
Francis Rayner                                                         Chapter 7
Terri Rayner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR                  Page 1 of 2                 Date Rcvd: Aug 10, 2018
                              Form ID: 210U                 Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db/jdb         +Francis Rayner,    Terri Rayner,    136 Willowbrook Road,    Clifton Heights, PA 19018-2511
14102922       +Aes/pheaa,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14102925       +CCI/Contract Callers Inc,    Attn: Bankruptcy Dept,    501 Greene St Ste 302,
                 Augusta, GA 30901-4415
14102926       +Citibankna,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
14102927       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
14102935       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14161170       +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
14102936       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
14102938       +Peoples Credit Co,    1164 Se 82nd,    Portland, OR 97216-1202
14113234       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    c/o Midland Mortgage,
                 701 Market Street, Suite 5000 ’,    Philadelphia, PA 19106-1538
14129109        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    P O BOX 8973,
                 MADISON, WI 53708-8973
14102940       +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,   Saint Paul, MN 55116-0448
14102939       +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 Interanational Lane,
                 Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 11 2018 02:23:30      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:22:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 11 2018 02:23:04      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14102923       +E-mail/Text: bsimmons@amsher.com Aug 11 2018 02:23:39      AmSher Collection Srv,
                 4524 Southlake Parkway,    Ste 15,   Hoover, AL 35244-3271
14102924       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 11 2018 02:20:28       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14102928        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2018 02:22:01       Comenity Capital Bank/HSN,
                 Attn:  Bankruptcy Dept,    Po Box 18215,   Columbus, OH 43218
14102929       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2018 02:22:01       Comenitycapital/modell,
                 Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
14102930       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 11 2018 02:22:01       Comenitycb/modellvisa,
                 Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
14102931       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 11 2018 02:19:54       Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,   Las Vegas, NV 89193-8873
14102932       +E-mail/PDF: pa_dc_ed@navient.com Aug 11 2018 02:18:50      Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,   Wilkes Barr, PA 18773-9635
14117664        E-mail/Text: mrdiscen@discover.com Aug 11 2018 02:21:51      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14102933       +E-mail/Text: mrdiscen@discover.com Aug 11 2018 02:21:51      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14102934       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 11 2018 02:23:48       Fingerhut,
                 Bankruptcy Dept,    6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
14163294        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2018 02:19:54
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
14163293        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2018 02:20:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of Providian National Bank,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14126648       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 11 2018 02:22:44      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14102937       +E-mail/PDF: pa_dc_claims@navient.com Aug 11 2018 02:19:41      Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
14177771        E-mail/PDF: pa_dc_claims@navient.com Aug 11 2018 02:20:30
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
14130918        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 11 2018 02:20:29
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14164266        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2018 02:19:51       PYOD, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,   Greenville, SC 29603-0675
14163292       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 11 2018 02:18:59
                 PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
14161428        E-mail/Text: bnc-quantum@quantum3group.com Aug 11 2018 02:22:03
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788

```
District/off: 0313-2          User: DonnaR              Page 2 of 2                  Date Rcvd: Aug 10, 2018
                              Form ID: 210U             Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14106846          E-mail/Text: bnc-quantum@quantum3group.com Aug 11 2018 02:22:03
                  Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                  Kirkland, WA  98083-0788
14109371         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2018 02:20:01     T Mobile/T-Mobile USA Inc,
                  by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14102942         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 11 2018 02:21:47
                  Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
14102941         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 11 2018 02:21:47
                  Verizon,   Attn: Wireless Bankrupty Admin,   500 Technology Dr Ste 500,
                  Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 26

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
              MICHAEL T. MALARICK    on behalf of Debtor Francis  Rayner michael@malaricklaw.com,
               t.mr70336@notify.bestcase.com
              MICHAEL T. MALARICK    on behalf of Trustee WILLIAM C. MILLER, Esq. michael@malaricklaw.com,
               t.mr70336@notify.bestcase.com
              MICHAEL T. MALARICK    on behalf of Joint Debtor Terri  Rayner michael@malaricklaw.com,
               t.mr70336@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Francis Rayner and Terri Rayner                                    Case No: 18−13052−mdc

     Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 8/10/18

For The Court

Timothy B. McGrath
Clerk of Court

38
Form 210U