United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 18-13052-mdc
Francis Rayner                                                    Chapter 7
Terri Rayner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Aug 13, 2018
                              Form ID: 309A           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db/jdb         +Francis Rayner,   Terri Rayner,   136 Willowbrook Road,   Clifton Heights, PA 19018-2511
14102922       +Aes/pheaa,   Attn: Bankruptcy Dept,   Po Box 2461,   Harrisburg, PA 17105-2461
14102925       +CCI/Contract Callers Inc,   Attn: Bankruptcy Dept,   501 Greene St Ste 302,
                 Augusta, GA 30901-4415
14102926       +Citibankna,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
14102927       +Citizens Bank,   1 Citizens Dr,   Riverside, RI 02915-3000
14161170       +MidFirst Bank,   999 NW Grand Blvd,   Oklahoma City, OK 73118-6051
14102936       +Midland Mortgage Co,   Attn: Customer Service/Bankruptcy,   Po Box 26648,
                 Oklahoma City, OK 73126-0648
14102938       +Peoples Credit Co,   1164 Se 82nd,   Portland, OR 97216-1202
14129109        UNITED STATES DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   P O BOX 8973,
                 MADISON, WI 53708-8973
14102939       +Us Dept Of Ed/Great Lakes Higher Educati,   Attn: Bankruptcy,   2401 Interanational Lane,
                 Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: michael@malaricklaw.com Aug 14 2018 01:45:10      MICHAEL T. MALARICK,
                 Michael T. Malarick, Esq. PC,   2211 Chichester Ave.,   Suite 201-B,   Boothwyn, PA 19061
tr             +EDI: BCCSHUBERT.COM Aug 14 2018 05:43:00      CHRISTINE C. SHUBERT,   821 Wesley Avenue,
                 Ocean City, NJ 08226-3622
smg             E-mail/Text: megan.harper@phila.gov Aug 14 2018 01:45:26      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2018 01:45:14
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2018 01:45:24      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 14 2018 01:45:20      United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14102923       +EDI: AMSHER.COM Aug 14 2018 05:43:00      AmSher Collection Srv,   4524 Southlake Parkway,
                 Ste 15,   Hoover, AL 35244-3271
14102924       +EDI: CAPITALONE.COM Aug 14 2018 05:43:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
14102928        EDI: WFNNB.COM Aug 14 2018 05:43:00      Comenity Capital Bank/HSN,   Attn:  Bankruptcy Dept,
                 Po Box 18215,   Columbus, OH 43218
14102929       +EDI: WFNNB.COM Aug 14 2018 05:43:00      Comenitycapital/modell,   Attn:  Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
14102930       +EDI: WFNNB.COM Aug 14 2018 05:43:00      Comenitycb/modellvisa,   Attn:  Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
14102931       +EDI: RCSFNBMARIN.COM Aug 14 2018 05:43:00      Credit One Bank,   Attn: Bankruptcy,
                 Po Box 98873,   Las Vegas, NV 89193-8873
14102932       +EDI: NAVIENTFKASMDOE.COM Aug 14 2018 05:43:00      Dept of Ed / Navient,   Attn: Claims Dept,
                 Po Box 9635,   Wilkes Barre, PA 18773-9635
14117664        EDI: DISCOVER.COM Aug 14 2018 05:43:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
14102933       +EDI: DISCOVER.COM Aug 14 2018 05:43:00      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
14102934       +EDI: BLUESTEM Aug 14 2018 05:43:00      Fingerhut,   Bankruptcy Dept,   6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
14102935       +EDI: AMINFOFP.COM Aug 14 2018 05:43:00      First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14163294        EDI: RESURGENT.COM Aug 14 2018 05:43:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,   FNBM, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
14163293        EDI: RESURGENT.COM Aug 14 2018 05:43:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of Providian National Bank,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14126648       +EDI: MID8.COM Aug 14 2018 05:43:00      MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
14102937       +EDI: NAVIENTFKASMSERV.COM Aug 14 2018 05:43:00      Navient,   Attn: Bankruptcy,   Po Box 9500,
                 Wilkes-Barre, PA 18773-9500
14177771        EDI: NAVIENTFKASMSERV.COM Aug 14 2018 05:43:00      Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,   PO Box 9635,   Wilkes Barre, PA 18773-9635
14130918        EDI: PRA.COM Aug 14 2018 05:43:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
14164266        EDI: RESURGENT.COM Aug 14 2018 05:43:00      PYOD, LLC,   c/o Resurgent Capital Services,
                 PO BOX 10675,   Greenville, SC 29603-0675
14163292       +EDI: RESURGENT.COM Aug 14 2018 05:43:00      PYOD, LLC its successors and assigns as assignee,
                 of Plains Commerce Bank,   Resurgent Capital Services,   PO Box 19008,
                 Greenville, SC 29602-9008
14161428        EDI: Q3G.COM Aug 14 2018 05:43:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA  98083-0788

```
District/off: 0313-2          User: Lisa                  Page 2 of 2              Date Rcvd: Aug 13, 2018
                              Form ID: 309A               Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14106846         EDI: Q3G.COM Aug 14 2018 05:43:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14109371        +EDI: AIS.COM Aug 14 2018 05:43:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14102940        +EDI: ECMC.COM Aug 14 2018 05:43:00      US Dept of Education,   Attn: Bankruptcy,   Po Box 16448,
                 Saint Paul, MN 55116-0448
14102942        +EDI: VERIZONCOMB.COM Aug 14 2018 05:43:00      Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
14102941        +EDI: VERIZONCOMB.COM Aug 14 2018 05:43:00      Verizon,   Attn: Wireless Bankrupty Admin,
                 500 Technology Dr Ste 500,    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 31

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              MICHAEL T. MALARICK    on behalf of Debtor Francis  Rayner michael@malaricklaw.com,
               t.mr70336@notify.bestcase.com
              MICHAEL T. MALARICK    on behalf of Trustee WILLIAM C. MILLER, Esq. michael@malaricklaw.com,
               t.mr70336@notify.bestcase.com
              MICHAEL T. MALARICK    on behalf of Joint Debtor Terri  Rayner michael@malaricklaw.com,
               t.mr70336@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Francis Rayner** | Social Security number or ITIN | xxx–xx–4757 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Terri Rayner** | Social Security number or ITIN | xxx–xx–6518 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | 5/5/18 |
| Case number:   **18–13052–mdc** | | Date case converted to chapter **7** | 8/9/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Francis Rayner | Terri Rayner |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 136 Willowbrook Road<br>Clifton Heights, PA 19018 | 136 Willowbrook Road<br>Clifton Heights, PA 19018 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL T. MALARICK<br>Michael T. Malarick, Esq. PC<br>2211 Chichester Ave.<br>Suite 201–B<br>Boothwyn, PA 19061 | Contact phone 610 715 9960<br><br>Email: michael@malaricklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 938–4191<br><br>Email: christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 8/13/18 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 7, 2018 at 12:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/6/18** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |