IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FRANCIS RAYNER and | : | CASE No: 18 - 13052 |
| TERRI RAYNER | : | |

CERTIFICATE OF NO RESPONSE TO THE MOTION OF THE DEBTORS FOR
AUTHORIZATION TO MODIFY RESIDENTIAL MORTGAGE

Michael T. Malarick, Esquire, hereby certifies as follows:

1. He is counsel to debtors, Francis Rayner and Terri Rayner;

2. On August 9, 2018, a copy of Debtors Motion for Authorization to Modify Residential Mortgage, Notice of Hearing, and proposed Order were served on Trustee William C. Miller, Esquire, and Midland Mortgage;

3. No party has served or filed an answer, objection or responsive pleading to the motion; and

4. The time for serving and filing an answer, objection or other responsive pleading has expired.

Accordingly, the debtors request that this Honorable Court grant the relief requested in the Motion.

Dated: September 5, 2018

By: _____
Michael T. Malarick, Esquire
2211 Chichester Ave., Ste. 201-B
Boothwyn, PA 19061
610-715-9960
michael@malaricklaw.com