IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FRANCIS RAYNER and | : | CASE No:  18 - 13052 |
| TERRI RAYNER | : | |

## CERTIFICATE OF SERVICE

It is certified that on the 5th day of July, 2018, the Certificate of No Response the Debtors Motion for Authorization to Modify Residential Mortgage was caused to be serv ed electronically and/or by placing copies thereof in the United States Mail, postage prepaid, addressed as follows:

William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia, PA 19107
(Trustee)

Midland Mortgage
A Division of MidFirst Bank
LM.Bankruptcy@midfirst.com

By: _____
Michael T. Malarick, Esquire