IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
FRANCIS RAYNER                                   Chapter 7
TERRI RAYNER

                                                        Case No. 18-13052-MDC

Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A
MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727
OR 523

AND NOW, this _____ day of _____ 20___, upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, Michael T. Malarick, Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to January 20, 2019.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to January 20, 2019.


/s/ Michael T. Malarick

Michael T. Malarick, Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED

DATED: _____          _____
                                                          Honorable MAGDELINE D. COLEMAN
                                                          United States Bankruptcy Judge

Case 18-13052-mdc    Doc 52    Filed 10/05/18    Entered 10/05/18 12:01:05    Desc Main
Document      Page 2 of 2