# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Francis Rayner and Terri Rayner, | : | |
| Debtors. | : | Bankruptcy No. 18-13052-MDC |

## ORDER TO SHOW CAUSE WHY DEBTORS' CASE SHOULD NOT BE DISMISSED

**AND NOW**, the docket reflecting that the Debtors has failed to appear at two scheduled §341 Meeting of Creditors on September 7, 2018 and November 20, 2018.

It is hereby **ORDERED** that a hearing shall be held on **January 9, 2019, at 10:30 a.m.**, in the **Robert N.C. Nix, Sr. Federal Courthouse, 2nd Floor, 900 Market Street, Courtroom 2, Philadelphia, Pennsylvania**, to consider whether this bankruptcy case should be dismissed. *See* 11 U.S.C. §§ 105(a), 707(a).

It is **FURTHER ORDERED** that if the Debtors fails to appear at the hearing scheduled above, this case may be dismissed without further notice or hearing.

Dated: December 11, 2018

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Michael T. Malarick, Esquire
Michael T. Malarick, Esq. PC
2211 Chichester Avenue, Suite 201-B
Boothwyn, PA 19061

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107