United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-13052-mdc
Francis Rayner                                                                            Chapter 7
Terri Rayner
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 1              Date Rcvd: Dec 13, 2018
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db              +Francis Rayner,   136 Willowbrook Road,   Clifton Heights, PA 19018-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
          CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
           J100@ecfcbis.com
          MICHAEL T. MALARICK    on behalf of Debtor Francis  Rayner michael@malaricklaw.com,
           t.mr70336@notify.bestcase.com
          MICHAEL T. MALARICK    on behalf of Joint Debtor Terri  Rayner michael@malaricklaw.com,
           t.mr70336@notify.bestcase.com
          MICHAEL T. MALARICK    on behalf of Trustee WILLIAM C. MILLER, Esq. michael@malaricklaw.com,
           t.mr70336@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                                TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Francis Rayner and Terri Rayner, | : | |
| Debtors. | : | Bankruptcy No. 18-13052-MDC |

**ORDER TO SHOW CAUSE WHY**
**DEBTORS' CASE SHOULD NOT BE DISMISSED**

**AND NOW**, the docket reflecting that the Debtors has failed to appear at two scheduled §341 Meeting of Creditors on September 7, 2018 and November 20, 2018.

It is hereby **ORDERED** that a hearing shall be held on **January 9, 2019, at 10:30 a.m.**, in the **Robert N.C. Nix, Sr. Federal Courthouse, 2nd Floor, 900 Market Street, Courtroom 2, Philadelphia, Pennsylvania**, to consider whether this bankruptcy case should be dismissed. *See* 11 U.S.C. §§ 105(a), 707(a).

It is **FURTHER ORDERED** that if the Debtors fails to appear at the hearing scheduled above, this case may be dismissed without further notice or hearing.

Dated: December 11, 2018

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Michael T. Malarick, Esquire
Michael T. Malarick, Esq. PC
2211 Chichester Avenue, Suite 201-B
Boothwyn, PA 19061

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107