**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Francis Rayner and Terri Rayner, | : | |
| Debtors. | : | Bankruptcy No.   18-13052-MDC |

# O R D E R

**AND NOW**, by Order dated December 11, 2018 (the "Show Cause Order"),[1] the Court scheduled a hearing for January 9, 2019, to consider whether this bankruptcy case should be dismissed for the Debtors' failure to appear at two scheduled meetings of creditors pursuant to 11 U.S.C. §341 (the "§341 Meeting").

**AND**, by Order dated January 9, 2019, the Court directed the Debtors to appear at a rescheduled §341 Meeting on March 1, 2019 (the "§341 Order").[2]

**AND**, the §341 Order provided that a continued hearing on the Show Cause Order would be held on March 6, 2019, for the purpose of determining whether the Debtors complied with the terms of the §341 Order and whether the Court should dismiss the Debtors' case (the "Continued Show Cause Hearing").

**AND**, the Debtors failed to appear at rescheduled §341 Meeting and the Continued Show Cause Hearing.

**AND**, the Debtors, collectively, have previously filed eight cases under chapters 7 or 13 of the Bankruptcy Code, 11 U.S.C. §101 *et seq*.

It is hereby **ORDERED** that

1. The above-captioned bankruptcy case is hereby **DISMISSED**.

2. In light of the Debtors' numerous filings, the Court retains jurisdiction to determine

---

[1] Bankr. Docket No. 59.

[2] Bankr. Docket No. 62.

whether an order should be entered barring the Debtors from filing another bankruptcy case without first obtaining permission from the Court ("Bar Order").

3. A hearing to determine whether a Bar Order should be entered is scheduled for **March 27, 2019, at 10:30 a.m.**, in **Bankruptcy Courtroom No. 2, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania** (the "Bar Order Hearing").

4. The Court may enter a Bar Order if the Debtors fail to appear at the Bar Order Hearing.

Dated: March 7, 2019

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Michael T. Malarick, Esquire
Michael T. Malarick, Esq. PC
2211 Chichester Avenue, Suite 201-B
Boothwyn, PA 19061

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107