# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Francis Rayner and Terri Rayner, | : | |
| Debtors. | : | Bankruptcy No.   18-13052-MDC |

# **O R D E R**

**AND NOW**, by Order dated March 7, 2019, the Court having dismissed the above bankruptcy case.

**AND**, the Court having scheduled a hearing on March 27, 2019, to consider whether an Order should be entered prohibiting the Debtors from refiling any future bankruptcy cases without prior court permission.

**AND**, the Debtors having failed to appear at the hearing.

It is hereby **ORDERED** that:

1. The Debtors are **PROHIBITED** from filing another individual or joint bankruptcy case without first obtaining permission from the Court.

2. The prohibition set forth in Paragraph 1 shall **EXPIRE** on **March 28, 2021**.

Dated:   March 29, 2019

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Michael T. Malarick, Esquire
Michael T. Malarick, Esq. PC
2211 Chichester Avenue, Suite 201-B
Boothwyn, PA 19061

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107