United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francis Rayner  
Terri Rayner  
    Debtors

Case No. 18-13052-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer     Page 1 of 1     Date Rcvd: Mar 29, 2019  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.  
db     +Francis Rayner,    136 Willowbrook Road,    Clifton Heights, PA 19018-2511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:  
     CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
     CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com  
     MICHAEL T. MALARICK    on behalf of Debtor Francis Rayner michael@malaricklaw.com, t.mr70336@notify.bestcase.com  
     MICHAEL T. MALARICK    on behalf of Joint Debtor Terri Rayner michael@malaricklaw.com, t.mr70336@notify.bestcase.com  
     MICHAEL T. MALARICK    on behalf of Trustee WILLIAM C. MILLER, Esq. michael@malaricklaw.com, t.mr70336@notify.bestcase.com  
     REBECCA ANN SOLARZ    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
     TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Francis Rayner and Terri Rayner, | : | |
| Debtors. | : | Bankruptcy No. 18-13052-MDC |

# O R D E R

**AND NOW**, by Order dated March 7, 2019, the Court having dismissed the above bankruptcy case.

**AND**, the Court having scheduled a hearing on March 27, 2019, to consider whether an Order should be entered prohibiting the Debtors from refiling any future bankruptcy cases without prior court permission.

**AND**, the Debtors having failed to appear at the hearing.

It is hereby **ORDERED** that:

1. The Debtors are **PROHIBITED** from filing another individual or joint bankruptcy case without first obtaining permission from the Court.

2. The prohibition set forth in Paragraph 1 shall **EXPIRE** on **March 28, 2021**.

Dated:  March 29, 2019

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Michael T. Malarick, Esquire
Michael T. Malarick, Esq. PC
2211 Chichester Avenue, Suite 201-B
Boothwyn, PA 19061

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107