UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Francis Rayner and Terri Rayner | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Case No.:    18-13052 MDC |

## ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A NEW BANKRUPTCY PETITION

AND NOW, this _____ day of _____, 2019 upon consideration of the Motion of Francis Rayner and Terri Rayner for leave to file a new Bankruptcy Petition; it is hereby

ORDERED and DECREED that Debtors are granted to file a new bankruptcy petition on or before July 25, 2019 without further Order of the Court, contingent upon the following:

1. Debtors entering into a stay current stipulation with the mortgage company, which can reference staying current on both mortgage and Trustee payments.

_____
Judge Magdeline D. Coleman