UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Francis Rayner and Terri Rayner | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 18-13052 MDC |

## ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A NEW BANKRUPTCY PETITION

AND NOW, this 25th day of July, 2019 upon consideration of the Motion of Francis Rayner and Terri Rayner for leave to file a new Bankruptcy Petition; it is hereby

ORDERED and DECREED that Debtors are granted to file a new bankruptcy petition on or before July 25, 2019 without further Order of the Court, contingent upon the following:

1. Debtors entering into a stay current stipulation with the mortgage company, which can reference staying current on both mortgage and Trustee payments.

2. Debtors are barred from filing any case without prior Court approval if any newly filed case is dismissed for any reason.

Judge Magdeline D. Coleman